# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BARBARA BENARD,** | ) |
| Plaintiff. | ) Case No.: |
| v. | ) 9:21-cv-80927-AMC |
| **THE DAILY TIP JAR,** | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 16, 2021

By: */s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Ave.
Ambler, PA 19002
Phone: (215) 540-8888
teamkimmel@creditlaw.com
*PLAINTIFF*

*/s/ Neil E. Asnen*
Neil E. Asnen, Esquire
Klein, Moynihan, & Turco LLP
450 Seventh Avenue, 40th Floor
New York, NY 10123
(212) 246-0900
nasnen@kleinmoynihan.com

*/s/ Jacob A. Brainard*
Jacob A. Brainard, Esquire
Klein, Moynihan, & Turco LLP

450 Seventh Avenue, 40th Floor<br>
New York, NY 10123<br>
(212) 246-0900<br>
jbrainard@kleinmoynihan.com

## **CERTIFICATE OF SERVICE**

I certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Neil E. Asnen
Klein, Moynihan, & Turco LLP
450 Seventh Avenue, 40th Floor
New York, NY 10123

Jacob A. Brainard
Klein, Moynihan, & Turco LLP
450 Seventh Avenue, 40th Floor
New York, NY 10123

*Attorneys for Defendant*

Dated: September 16, 2021                                    By: */s/ Amy L. B. Ginsburg*
                                                                                    Amy L. B. Ginsburg, Esquire