**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80927-CIV-CANNON/Reinhart**

**BARBARA BERNARD**,

     Plaintiff,

v.

**OLD MV PATH MEDIA, LLC**
d/b/a **THE DAILY TIP JAR**,

     Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

     **THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement [ECF No. 22], filed on September 16, 2021, in which the parties advise that they have settled this matter. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal within sixty **(60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

     **DONE AND ORDERED** in Fort Pierce, Florida this 17th day of September 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record