## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BARBARA BERNARD**,<br><br>                    Plaintiff,<br><br>v.<br><br>**OLD MV PATH MEDIA, LLC d/b/a THE DAILY TIP JAR**,<br><br>                    Defendant. | Case No. 9:21-cv-80927<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff, Barbara Bernard, and defendant Old MV Path Media, LLC d/b/a The Daily Tip Jar, by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the claims of Plaintiff Barbara Bernard against defendant Old MV Path Media, LLC d/b/a The Daily Tip Jar.

**IT IS SO STIPULATED.**

Dated: September 21, 2021          **KIMMEL & SILVERMAN, P.C.**

                                   By:   *Amy L. Bennecoff Ginsburg*
                                              Amy L. Bennecoff Ginsburg
                                   *Attorneys for Plaintiff*


                                   **KLEIN MOYNIHAN TURCO LLP**

                                   By:   *Jacob A. Brainard*
                                              Jacob A. Brainard
                                   *Attorneys for Defendant*