UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80927-CIV-CANNON/Reinhart

**BARBARA BERNARD**,

    Plaintiff,

v.

**OLD MV PATH MEDIA, LLC**
d/b/a **THE DAILY TIP JAR**,

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff, Barbara Bernard, and defendant Old MV Path Media, LLC d/b/a The Daily Tip Jar Stipulation of Voluntary Dismissal with Prejudice [ECF No. 18]. Pursuant to Rule 41(a)(1)(ii), the Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this case is **CLOSED**, effective September 20, 2021, the date the parties filed their Stipulation of Voluntary Dismissal with Prejudice. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.
2. All deadlines are **TERMINATED**.
3. This case is dismissed **WITH PREJUDICE**.

**DONE AND ORDERED** at Fort Pierce, Florida this 23rd day of September 2021.

                                                  **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record